FILED
05 JUN -7 AM 11:58
[U.S. DISTRICT COURT stamp]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT JOHN MCCARTHY,<br><br>    Defendant. | No. CR 3 05 70391 MEJ<br>ORDER RELEASING DEFENDANT |

TO: United States Marshal Service and Santa Rita Jail.

Pursuant to Title 18 U.S.C. § 3143(a), the defendant, Robert John McCarthy, is hereby ordered released from custody. He is directed to abide by all of the conditions of his supervised release. He is further ordered to appear on Friday, June 10, 2005 at 9:30 a.m. before this Court for further proceedings.

IT IS SO ORDERED.

DATED: 6-7-05

MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

ORDER RELEASING DEFENDANT
*U.S. V. McCarthy* 3 05-70391 MEJ      - 1 -