# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

## Report on Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Robert John McCarthy | Docket No.: | CR 05-0410-01 CRB |

Name of Sentencing Judge:  The Honorable William B. Shubb
United States District Judge
Sacramento, California

Date of Original Sentence:  March 23, 2005

Original Offense:
Count One: Mail Fraud, 18 U.S.C. § 1341, a Class D felony
Count Two: Mail Fraud, 18 U.S.C. § 1341, a Class D felony
Count Three: Mail Fraud, 18 U.S.C. § 1341, a Class D felony
Count Four: Mail Fraud, 18 U.S.C. § 1341 , a Class C felony

Original Sentence: Four years probation on Counts One, Two, Three and Four, to run concurrent
Special Conditions: Special assessment $400; restitution $8,652; drug/alcohol treatment; no alcohol; mental health treatment; access to financial information; no new lines of credit or debt; search.

On June 17, 2005, jurisdiction was transferred from the Eastern District of California to the Northern District of California, and assigned to the Honorable Charles R. Breyer.

On March 8, 2006, Your Honor suspended the drug testing condition in this case.

Type of Supervision: Probation                Date Supervision Commenced: March 23, 2005
Assistant U.S. Attorney: Robert Rees                Defense Counsel: Ronald Tyler (AFPD)

NDC-SUPV-FORM 12A 06/23/08

Robert John McCarthy                                                                                 Page 2
CR 05-0410-01 CRB

## Petitioning the Court to Take Judicial Notice

### Cause

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated the Court's order to pay a $400.00 special assessment and $8,652.00 in restitution. |
| | Mr. McCarthy has been on probation for three years and ten months of a four year term, and has only been able to pay a total of $170.00 toward his special assessment balance, which remains at $230.00. He has not paid anything toward his restitution balance, which remains at $8,652.00. Evidence of the alleged violation is available through a review of the payment history in this case, obtained through the Clerk's office. |

### Action Taken and Reason

Mr. McCarthy is a 60-year-old man who suffers from a degenerative spine disorder. He receives $907.00 per month in Supplemental Security Income (SSI) and is unemployed, although he has made significant efforts (albeit unsuccessful) to locate part-time employment to supplement his limited income. He has consistently made payments of $5.00 per month toward his special assessment and restitution balances, but unfortunately, this has only resulted in a total payment of $170.00, which has been credited toward his special assessment balance. Although he continues to owe his entire restitution balance in full, restitution will remain due and owing as collectible by law once his term of supervision expires. Collection responsibilities will be assumed by the Financial Litigation Unit of the U.S. Attorney's Office. In light of the above, it is respectfully recommended that his term of supervision be allowed to expire on March 22, 2009, with restitution outstanding.

The Assistant U.S. Attorney has been notified and there are no objections.

Respectfully submitted,                                  Reviewed by:

Jennifer J. James                                        James M. Schloetter
U.S. Probation Officer Specialist                        Supervisory U.S. Probation Officer

Date Signed:  February 3, 2009

NDC-SUPV-FORM 12A 06/23/08

Robert John McCarthy  
CR 05-0410-01 CRB

Page 3

THE COURT ORDERS:
- ☑ The Court concurs and takes judicial notice
- ☐ Submit a request to modify supervision
- ☐ Submit a request for warrant
- ☐ Submit a request for summons
- ☐ Other:

_Feb. 04, 2008_
Date

Charles R. Breyer
United States District Judge